IN THE DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND

KENNETH HINTON, Plaintiff    *

Vs.    *   Civil Case No. GJH-20-1147

Corizon Health, Inc., et al   *
Defendant(s).

**PLAINTIFF'S MOTION AND REQUEST FOR SANCTIONS AGAINST DEFENDANT'S COUNSEL UNDER F.R.Civ.Proc. Rule 11(b) FOR FAILING TO PROVIDE PLAINTIFF WITH DECLARATION'S OF DEFENDANT DR. CONTAH NIMELY, CHANTAL TCHOUMBA, AND REBECCA BARNHART, Identified AS Exhibits A, B AND C IN DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY Judgment**

*    *    *    *

NOW COMES, KENNETH HINTON, Plaintiff pro se who hereby MOVES AND REQUESTS this Honorable Court promptly issue AN ORDER FOR SANCTIONS AND/OR CONTEMPT of Court under Fed.R.Civ.Proc Rule 11(b) et seq. REGARDING DEFENDANT'S COUNSEL CAPRICIOUS, EGREGIOUS AND OPPROBRIOUS deliberate AND INTENTIONAL "FAILURE AND NEGLECT" to timely SERVE PLAINTIFF with the REQUISITE COPIES OF DEFENDANT'S DR. Contah Nimely, Chantal Tchoumba, AND REBECCA BARNHART, DECLARATION'S identified AS Exhibit(s) A, B, AND C NOW PRESENTED IN the Defendant's MOTION TO Dismiss OR ALTERNATIVELY FOR SUMMARY Judgment filed with the Court on August 18, 2021.

-1-

WHEREAS, IN support of Plaintiff's Motion and Request herein submitted, Plaintiff state the following:

1) Plaintiff is currently "involuntarily incarcerated" under duress, in distress and insolvent, pursuant to "exceptional, extraordinary circumstances" whereby on August 7, 2021 Plaintiff became a target and victim of an unprovoked race-based trauma and hate crime while performing his assigned DPSCS/MCI-Jessup institutional Gym Worker/Rec. Yard duties for the Maryland Correctional Facility. Such unprovoked violent assault upon Plaintiff was by a <u>WHITE MALE</u> inmate unknown to Plaintiff, whereby the assailant violently slashed Plaintiff's left jugular artery/vein with a sharp razor which necessitated Plaintiff being 911 transported to UMMS/Shock Trauma in Baltimore, MD for near-fatal and life-saving urgent critical care surgery.

2) On or about August 18, 2021 the Honorable George J. Hazel, presiding judge in this case at bar, issued and executed an Order at (No. 3) for the Defendants "<u>SHALL MAIL</u>" to Plaintiff another copy of their dispositive motion and supporting documents (ECF No. 17) and certify to the Court that they have done so.

3) As of September 29, 2021 Plaintiff <u>has</u> <u>not</u> <u>received</u> prompt, diligent, prudent delivery and receipt of Defendant's Exhibits A, B, & C which are deemed to be the filed/served Declarations of Dr. Contah Nimely, Chantal Tchoumba, NP, and Rebecca Barnhart, RN. Thus, on August 23, 2021, the Plaintiff wrote to Defendant's counsel (MEGAN T. MANTZAVINOS, ESQ) at Marks, O'Neil, O'Brien, Doherty & Kelly PC, 600 Baltimore Ave, Suite 305, Towson, MD 21204, to <u>alert</u>, <u>inform</u> and <u>advise</u> her

-2-

to promptly and zealously remit, send and transmit via First Class, U.S. Mail at Plaintiff's address of record now docketed with the Court a filed copy(s) of the Exhibit(s) A, B, and C, now deemed Declaration's of Defendant's Dr. Contah Nimely, Chantal Tchoumba, NP and Rebecca Barnhart, RN accordingly.

4) JUDICIAL NOTICE must be taken that Defendant's counsel recalcitrant and opprobrious professional misconduct and misfeasance has unduly been prejudicial to the administration of equality, justice and under the doctrine of fundamental fairness for the Plaintiff to present his opposition, objection and response to the Defendant's Motion To Dismiss, whereby, such response of Plaintiff is for the permissible purpose to defend his meritorious claims and in accordance with the rules of this Court for good cause to plead his case.

5) Fundamental Fairness is essential to the very concept of equal access to justice, especially, for someone who is unduly, unjustly and unreasonably "involuntarily imprisoned and wrongly incarcerated under malicious allegations, conviction and a grossly disproportionate sentence that Plaintiff is now afflicted with and awaiting a final disposition, resolution and adjudication of his long-pending Writ of Actual Innocence (State Petition) in the Circuit Court for Montgomery County, Maryland under Criminal Case No: 124345-C; State v. Hinton, accordingly. (SEE: DE: 805 to 809, Cir. Ct Case Docket)

WHEREFORE, the Court should not look away from the colossal magnitude of the potential inequality, ineptitude and injustice that the Defendant's counsel who is deemed an "OFFICER of the COURT" has now cause prejudice to the Plaintiff who is unduly, unjustly and unreasonably held against his free will as a wrongly imprisoned and involuntarily incarcerated global humanitarian.

JUDICIAL NOTICE must be taken that in this CASE NOW AT BAR, the quality of judicial Relief, Remedy and Review of "justice" and the perception of "Equality" in the free community and for those "involuntarily confined" suffers immensely when there's not honest, diligent, prudent, zealous and diverse representation of a Defendant who cannot adhere and comply with the Rules of the Court and Rules of professional conduct. Plaintiff without further ado, hereby moves and requests the Court promptly sanction the Defendant's counsel at (two-hundred and NINETY NINE dollars) ($299.00 per day) from August 18, 2021 to present and/or until Plaintiff "promptly and zealously" receives deliver and receipt of Defendant's Declarations A, B, & C as identified and mentioned herein, to be verified by "CERTIFIED MAIL" delivery via First Class, U.S. Mail at Plaintiff's Address now of Record with this Court as of this filing, accordingly.

Dated: September 29, 2021

Respectfully Submitted,
John Huston, Pro Se
Plaintiff
Doc# 442872 / SID #1618220
RCI- Hagerstown
18701 Roxbury Road
Hagerstown, MD 21746

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, declare and verify that on this 29th day of September, 2021, a copy of the foregoing Plaintiff's pleading was mailed via First Class, U.S. Mail, postage prepaid to the Clerk of the Court at 6500 Cherrywood Lane, Greenbelt, MD 20770 for prompt electronic transmission to Defendant's counsel of record now docketed by this Court, accordingly.

Signed: /s/ [signature]
Plaintiff - Pro Se
Doc #442872/SID #1618220
Roxbury Corr. Institution
18701 Roxbury Road
Hagerstown, MD 21746

CC: Hon. J. K. Bredar
Hon. Chris Van Hollen, U.S. Senate
Brian E. Frosh, Esq., MD Atty. Gen
D. Morse, Wash Post
S. Lash, The Daily Record

-5-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH HINTON     *
       Plaintiff

Vs.                *           Civil Case No: GJH-20-1146

CORIZON HEALTH, INC.   *
       Defendant   *

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Sanctions Against Defendant's Counsel for her failure and neglect to send/serve/transmit the Declarations (Exhibit A, B & C) of Dr. Contah Nimely, NP, Chantal Tchoumbia and Rebecca Barnhart, RN, whereby Plaintiff requests monetary sanction in the amount of $299.00 (two-hundred and ninety-nine dollars) per day from August 18, 2021 until such documents are zealously delivered to Plaintiff via Certified U.S. mail delivery at his current address, IT IS HEREBY ORDERED THAT:

1) Plaintiff's Motion herein filed be GRANTED;
2) Defendant's Counsel shall promptly/zealously deliver to Plaintiff Defendant's Declarations (Exhibit(s) A, B, & C) without further unreasonable delay, accordingly.

CC: Kenneth Hinton
Plaintiff, Pro Se

_____
Judge, U.S. District Court for the
District of Maryland

-6-